```
_____ FILED _____ LODGED
                _____ RECEIVED

        JUN 26 2015

       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| F.C. BLOXOM COMPANY, INC., a Washington corporation; BOTSFORD & GOODFELLOW, INC., an Oregon corporation; LIPMAN-PORTLAND LLC, a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HALLIS PRODUCE, INC., a Washington corporation; and ANDREW C. HALLIS, an individual, and ANDREW C. HALLIS and JANE DOE HALLIS, and the marital community composed thereof | Case No. C15-5425RJB<br><br>[PROPOSED]<br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON PRELIMINARY INJUNCTION |

This matter is before the Court upon Plaintiffs' Ex-Parte Motion for Temporary Restraining Order and Order to Show Cause and after hearing on that motion. Pursuant to Fed.

Order Extending TRO - 1

Grant E. Courtney
Law Offices of Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA 98110
(206) 660-2059 (telephone)
(206) 842-1642 (facsimile)
courtneylaw@comcast.net

R. Civ. Pro. 65(b), a temporary restraining order and an order to show cause was entered by this Court on June 24, 2015 (Dkt #5). After hearing on the order to show cause, the Court has determined that cause exists to extend the temporary restraining order for a period of fourteen (14) days. Therefore, it is hereby ORDERED:

1. The temporary restraining order (Dkt #5) shall remain in full force and effect and the temporary restraining order is hereby extended for a period of fourteen (14) days;

2. This Order is entered this 26th day of June, 2015, at 11:45 a.m., and is effective until the date of the hearing on the preliminary injunction specified below.

3. Defendants are further ORDERED to show cause why they should not be preliminarily enjoined from distributing PACA trust funds as set out in the Temporary Restraining Order.

Plaintiffs' motion for preliminary injunction will be heard by the Court on July 7, 2015, at 9:00 a.m.

IT IS SO ORDERED

26 June 2015
Dated

*[signature]*
United States District Court Judge

Order Extending TRO - 2

Grant E. Courtney
Law Offices of Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA 98110
(206) 660-2059 (telephone)
(206) 842-1642 (facsimile)
courtnerylaw@comcast.net

Presented by:

Law Office of Grant E. Courtney

By: /s/ Grant E. Courtney
WSBA #16248
Attorney for Plaintiffs

Order Extending TRO  -  3

Grant E. Courtney
Law Offices of Grant E. Courtney
5000 NE North Tolo Road
Bainbridge Island, WA  98110
(206) 660-2059 (telephone)
(206) 842-1642 (facsimile)
courtnerylaw@comcast.net